UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| MATTHEW SENERCHIA | )<br>)<br>) |
| Plaintiff, | )<br>) Case No. 1:14-cv-73-LM |
| vs. | )<br>)<br>) |
| STELLAR RECOVERY, INC | )<br>)<br>) |
| Defendant. | )<br>)<br>) |

**NOTICE OF DISMISSAL**

NOW COMES, the Plaintiff, Matthew Senerchia, by and through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), dismisses this action, with prejudice, and herby provides Notice of Voluntary Dismissal.

1. "Subject to Rules 23(e), 23.1(c), 23.2 and 66 and any applicable federal statute, the Plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i).

2. No Answer or Motion for Summary Judgment has been filed by the Defendant.

3. An agreement for settlement has been executed between the parties. This agreement contains a payment plan and the parties have agreed that this court will retain jurisdiction over the same.

WHEREFORE, Plaintiff is entitled to, and hereby Voluntarily Dismisses, this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), *with Prejudice.*

May 21, 2014

                                                    Respectfully submitted,
                                                    Matthew Senerchia
                                                    By his Attorneys

                                                    /s/ Keith A. Mathews
                                                    SKINNER LAW PLLC
                                                    Keith A. Mathews, Esq.
                                                    NHBN: 20997
                                                    587 Union Street, 2md Floor
                                                    Manchester, NH 03014
                                                    Tel: (603) 622-8100
                                                    Fax: (888) 912-1497
                                                    Keith.mathews@skinnerrivard.com

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants as of the date of filing.

Dated: May 21, 2014                                                          /s/ Keith A. Mathews
                                                                                    Keith A. Mathews, Esq.